UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-30216 |
| Jon D Rosenberg | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO AUTHORIZE LOAN REFINANCING**

This matter coming on the Debtor's MOTION TO AUTHORIZE LOAN REFINANCING, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1) The Debtor is authorized to refinance the mortgage loan securing his real property located at 17 Weston Court, South Elgin,IL 60177 according to the following terms:

   Loan amount not to exceed: $137,362
   Loan term: 30 years
   Loan rate: 5.5%
   Monthly Lpoan payment: $1,228.00

2) The Debtor will tender the bankruptcy payoff pursuant to a proper payoff letter from the proceeds of the refinancing to the chapter 13 trustee.

3) The Debtor will provide the chapter 13 trustee with a complete copy of the closing statement within 10 days of the closing.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  September 06, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600